IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARION P. HAMMER, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) 1:25-cv-1557 (PTG/LRV) |
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) ) |
| *Defendant.* | ) ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss. Dkt. 22. On November 14, 2025, the parties appeared before the Court for a hearing on the matter. For the reasons stated from the bench, it is hereby

**ORDERED** that Defendant's Motion to Dismiss (Dkt. 22) is **DENIED**.

Entered this 14th day of November, 2025.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge