**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| MARION P. HAMMER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:25-CV-01557-PTG-LRV |
| | : | |
| NATIONAL RIFLE ASSOCIATION | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S MOTION FOR PARTIAL DISMISSAL OF THE AMENDED COUNTERCLAIMS**

Comes now the Plaintiff, Marion P. Hammer ("Hammer"), by and through her counsel and pursuant to Fed.R.Civ.P. 12(b)(6), and moves this Court for partial dismissal of Counts IV, V, and VII of the Amended Counterclaims filed by Defendant, National Rifle Association ("NRA"). As grounds therefore, Hammer refers the Court to her accompanying Memorandum in Support of her Motion to Dismiss, which is incorporated herein by reference.[1]

Wherefore, the Plaintiff requests that the Court dismiss Counts IV, V, and VII of the Amended Counterclaims.

Respectfully submitted,

    /s/ John C. Cook
John C. Cook, Esq. Bar #38310
Cook Legal Solutions, PLLC
3975 University Drive, Suite 360
Fairfax, VA 22030
Ph. (703) 537-0023

---

[1] In this motion Hammer only seeks dismissal of Counts IV, V, and VII, which were dismissed by the Court previously and then amended and refiled. Hammer maintains her objection to the denial of her motion to dismiss the other counts of the Counterclaim but is not refiling that motion herein.

1

Fx. (571) 520-9836
jcook@cooklegalsolutions.com
*Counsel for Plaintiff Marion Hammer*

Richard E. Coates, Esq.
COATES LAW FIRM PL
115 East Park Avenue, Unit 1
Tallahassee, FL 32301
rcoates@rcoateslaw.com
*Counsel for Plaintiff*
*(not admitted in Virginia)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of February 2026, I served a copy of the foregoing

Motion for Partial Dismissal of Counterclaims upon the following via the CM/ECF system to:

Jeremy Steven Schneider
Jackson Lewis P.C. (Reston)
11790 Sunrise Valley Drive
Suite 400
Reston, VA 20191
(T) 703-483-8300
Jeremy.Schneider@jacksonlewis.com
*Attorney for Defendant*

Brian Lee Hayden, Esq.
JACKSON LEWIS PC (Jacksonville)
501 Riverside Avenue, Suite 902
Jacksonville, FL 32202
(T) 904-638-2669
(F) 904-638-2656
Brian.hayden@jacksonlewis.com
*Attorney for Defendant (not admitted in Virginia)*

/s/ John C. Cook
John C. Cook

2